Division, Fourth Department. March 27, 1912.) Action by Horace H. Potter against the Pennsylvania Railroad Company. No opinion. Judgment and order affirmed, with costs.

---

POWERS, Respondent, v. LANSING et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 26, 1912.) Action by Joseph A. Powers, as executor, etc., against Charles Lansing and others. No opinion. Judgment unanimously affirmed, with costs.

---

PRIME, Respondent, v. PRIME, Appellant. (Supreme Court, Appellate Division, Third Department. March 26, 1912.) Action by Julia H. Prime against Spencer G. Prime, 2d.

PER CURIAM. Order reversed, without costs, and motion granted, upon defendant's paying to the plaintiff's attorney $10 costs of this motion.

BETTS, J., dissents.

---

PULIS, Appellant, v. STEWART et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 20, 1912.) Action by John Pulis against James C. Stewart and another, as copartners, etc.

PER CURIAM. Order affirmed, with costs. SPRING and KRUSE, JJ., dissent.

---

REILLY v. BURKELMAN. (Supreme Court, Appellate Division, First Department. April 12, 1912.) Action by Katherine Reilly against Charles Burkelman, as executor, etc. No opinion. Motion denied, with $10 costs. Order filed. See, also, 134 N. Y. Supp. 13.

---

REILLY, Respondent, v. FITZ GERALD et al., Appellants. (Supreme Court, Appellate Division, First Department. March 22, 1912.) Action by Alice Reilly against William E. Fitz Gerald and others. J. J. Fitz Gerald, for appellants. I. R. Oeland, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

REXFORD et al., Respondents, v. TANNER, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 27, 1912.) Action by Everett A. Rexford and others against Walter Tanner. No opinion. Order affirmed, with costs. See, also, 134 App. Div. 907, 118 N. Y. Supp. 1137.

---

RICHMOND v. BIRKETT. (Supreme Court, Appellate Division, First Department. March 29, 1912.) Action by Frederick A. Richmond against Clarence T. Birkett. With this case has been consolidated in this court cases bearing titles as follows: Moe Frank v. City of New York; Madeline Claussen v. S. O. Pell & Co.; Philip P. Carlon v. Francis J. Ryan (two cases); Penelope Kelly v. Lawrence E.

Holden. No opinions. Applications denied, with $10 costs in each case. Orders signed.

---

ROCHESTER HOTEL CORP., Respondent, v. FOSTER & GLIDDEN ENGINEERING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 27, 1912.) Action by the Rochester Hotel Corporation against the Foster & Glidden Engineering Company.

PER CURIAM. Order, so far as appealed from, affirmed, with $10 costs and disbursements.

SPRING and KRUSE, JJ., dissent, and vote for modification by limiting the amount of costs imposed to the trial fee and disbursements of the trial, besides costs of the motion.

---

ROSENBLATT et al., Appellants, v. PHILLIPS, Respondent, et al. (Supreme Court, Appellate Division, Second Department. April 12, 1912.) Action by Sigmond H. Rosenblatt and others against James Phillips, Jr., and Walter G. Newman. (Appeal No. 1.) No opinion. Appeal discontinued on consent, without costs. See, also, 147 App. Div. 912, 132 N. Y. Supp. 1144.

---

ROSENBLATT et al., Appellants, v. PHILLIPS, Respondent, et al. (Supreme Court, Appellate Division, Second Department. April 12, 1912.) Action by Sigmond H. Rosenblatt and others against James Phillips, Jr., and Walter G. Newman. (Appeal No. 2.) No opinion. Appeal discontinued on consent without costs. See, also, 147 App. Div. 912, 132 N. Y. Supp. 1144.

---

ROSENDORF, Respondent, v. NEW YORK EDISON CO., Appellant. (Supreme Court, Appellate Division, First Department. March 22, 1912.) Action by Daniel Rosendorf against the New York Edison Company. H. J. Hemmens, for appellant. G. W. Files, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

ROTHBARTH et al., Respondents, v. HERZFELD et al., Appellants. (Supreme Court, Appellate Division, First Department. April 12, 1912.) Action by Martin Rothbarth and others against Felix Herzfeld and others. B. Naumberg, for appellants. B. N. Cardozo, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 143 App. Div. 934, 128 N. Y. Supp. 1144.

---

ROUND, Respondent, v. NIAGARA FALLS POWER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 6, 1912.) Action by Enoch Round against the Niagara Falls Power Company. No opinion. Judgment and order affirmed, with costs. Appeal to Court of Appeals denied. 134 N. Y. Supp. 1145.